UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00168

**Denea Hudman et al.,**
*Plaintiffs,*

v.

**Randy C. Dunn,**
*Defendant.*

# ORDER

On December 8, 2022, intervenors filed an agreed motion to extend several pretrial deadlines. Doc. 42. This motion is granted. The new deadlines are as follows:

(1) The parties are ordered to any file motions in limine on or before December 22, 2022.

(2) The parties are ordered to file their joint final pretrial report and trial briefs on or before December 22, 2022.

(3) The parties are ordered to file any notice of request for a daily transcript or real-time reporting of court proceedings on or before December 22, 2022.

(4) The parties are ordered to file responses to any motions in limine on or before January 5, 2023.

(5) The parties are ordered to file a notice of time requested for voir dire, opening statements, direct and cross examinations, and closing arguments on or before January 13, 2023.

(6) The parties are ordered to exchange exhibits on or before January 13, 2023.

The new deadlines do not provide the court sufficient time to prepare for trial. As such, the parties are ordered to file a report on or before December 12, 2022, indicating their availability for the month of February, the month of March, and the month of April, as well as their reason for any lack of availability.

*So ordered by the court on December 9, 2022.*

                J. Campbell Barker
                United States District Judge